646

Court of Appeals for the Eighth Circuit denied. *Messrs. Floyd E. Jacobs* and *M. J. Henderson* for petitioner. *Messrs. John T. Harding* and *David A. Murphy* for respondent.

No. 207. MEREDITH PUBLISHING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Denis M. Kelleher* and *F. W. McReynolds* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for respondent.

No. 209. MARTIN *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James T. Crouch* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 210. CLAIBORNE-RENO Co. *v.* E. I. DuPONT DE NEMOURS & Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. S. Hunn* for petitioner. *Mr. John N. Hughes* for respondent.

No. 213. FRIEDBERG ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John W. Dodge* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.